# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RICKY UPTON                                                                   PLAINTIFF
ADC #116955

V.                      NO: 5:09CV00083 JMM/HDY

ALVA GREEN *et al.*                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendant Wendy Kelley's motion to dismiss (docket entry #11) is GRANTED, and Kelley's name is removed as a party Defendant.

DATED this __26__ day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE