IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKY UPTON                                                                                                 PLAINTIFF
ADC #116955

V.                                              NO: 5:09CV00083 JMM

ALVA GREEN *et al.*                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims against Defendant Rita Odom, and without prejudice in all other respects; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   23   day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE